NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.),

        Plaintiff,

v.

KIMBERLY CLEMENTE *et al.*,

        Defendants.

Civ. No. 17-3824

**ORDER**

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 21st day of August, 2020,

ORDERED that the Motion to Preclude Expert Testimony filed by Defendant Linda Clemente (ECF No. 125) is DENIED; and it is further

ORDERED that the Motion to Preclude Expert Testimony filed by Defendant Nevada Trust Company (ECF No. 135) is GRANTED; and it is further

ORDERED that the Motion for Summary Judgment filed by Defendant Linda Clemente (ECF No. 127) is DENIED; and it is further

ORDERED that the Motion for Summary Judgment filed by Defendant Nevada Trust Company (ECF No. 130) is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED and ADJUDGED that JUDGMENT IS ENTERED in favor of Defendant Nevada Trust Company and against all other Defendants on Count 1 of Defendant Nevada Trust Company's Third-Amended Crossclaim (Nevada Trust's 3d Am. Crossclaim at 11–14, ECF No.

77); and it is further

ORDERED that Count 2 of Defendant Nevada Trust Company's Third-Amended Crossclaim (*id.* at 14–15) is MOOT; and it is further

ORDERED and ADJUDGED that JUDGMENT IS ENTERED in favor of Defendants Nevada Trust Company, Kimberly Clemente, M.C., S.C., I.C., G.C., Bradley Clemente, Michael Clemente, John Clemente, and the Estate of John S. Clemente, and against Defendant Linda Clemente, on Counts 1–3 of Defendant Linda Clemente's Crossclaim (L. Clemente's Crossclaim at 9–16, ECF No. 47), and it is further

ORDERED and ADJUDGED that JUDGMENT IS ENTERED in favor of Defendant Nevada Trust Company and against Defendants Kimberly Clemente, M.C., S.C., I.C., and G.C. on Counts 1–2 of the Amended Crossclaim filed by Defendants Kimberly Clemente, M.C., S.C., I.C., and G.C. (K. Clemente Claimants' Am. Crossclaim at 15–17, ECF No. 29); and it is further

ORDERED that the Clerk of the Court shall disburse the remaining funds deposited with the Clerk of the Court in this matter by Plaintiff John Hancock Life Insurance Company (U.S.A.), including interest, to Defendant Nevada Trust Company; and it is further

ORDERED that the Clerk of the Court shall CLOSE this case.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.