UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 20-2772 & 20-2931
_____

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)

v.

KIMBERLY CLEMENTE; M.C., a minor; S.C., a minor; I.C.
a minor; G.C., a minor; NEVADA TRUST COMPANY;
BRADLEY CLEMENTE; MICHAEL CLEMENTE; JOHN
CLEMENTE; LINDA CLEMENTE; THE ESTATE OF
JOHN S. CLEMENTE.

Linda Clemente,
Appellant in case 20-2772

Kimberly Clemente, M.C., a minor, S.C., a minor, I.C., a
minor, G.C., a minor,
Appellants in case 20-2931
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:17-cv-03824)
District Judge: Honorable Anne E. Thompson
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on November 17, 2021

Before: CHAGARES, *Chief Judge*, and BIBAS and FUENTES, *Circuit Judges*

_____

# JUDGMENT
_____

These causes came to be considered on the record from the United States District Court for the District of New Jersey and were submitted on November 17, 2021.

2

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on August 21, 2020, is hereby **AFFIRMED**. Costs will be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 17, 2021